No. 88–1805. EASTERN NEBRASKA COMMUNITY OFFICE OF RETARDATION ET AL. v. GLOVER ET AL. C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–6896. SCHAEFER v. TRANSPORTATION MEDIA, INC. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [490 U. S. 1063] denied.

No. 88–6995. MOORE v. CALIFORNIA, 490 U. S. 1095. Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 88–1990. IN RE LAROUCHE ET AL.;
No. 88–7408. IN RE QUALMAN ET UX.; and
No. 88–7413. IN RE SNYDER. Petitions for writs of habeas corpus denied.

No. 88–1329. IN RE DELGADO ET AL. Petition for writ of mandamus denied.

No. 88–805. OHIO v. AKRON CENTER FOR REPRODUCTIVE HEALTH ET AL. Appeal from C. A. 6th Cir. Probable jurisdiction noted.